# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  NICHOLAS J. LARUCCI & JEMIMAH W. LARUCCI   Case Number: 05-70171
10746 CAPE COD LANE          SSN-xxx-xx-6766 & xxx-xx-3187
HUNTLEY, IL  60142

Case filed on:  1/18/2005
Plan Confirmed on:  3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $94,500.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MERS/THE GRANGE BANK | 0.00 | 0.00 | 61,057.60 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 61,057.60 | 0.00 |
| 000 | LAW OFFICES OF PETER F GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 012 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CONSOLIDATED CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CONSOLIDATED CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CONSOLIDATED CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEDICAL RECOVERY SPECIALTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PELLETTIERI & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CONSOLIDATED CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | BRETTE E. FREEDLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICHOLAS J. LARUCCI | 0.00 | 0.00 | 737.55 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 737.55 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 400.00 | 400.00 | 400.00 | 47.53 |
| 002 | THE GRANGE BANK | 8,850.00 | 8,850.00 | 8,850.00 | 1,683.72 |
| 003 | THE GRANGE BANK | 8,275.00 | 8,275.00 | 8,275.00 | 1,574.23 |
| 028 | VANGUARD COMMUNITY MANAGEMENT | 306.00 | 306.00 | 306.00 | 0.00 |
| 031 | WELLS FARGO FINANCIAL | 200.00 | 200.00 | 200.00 | 27.40 |
| 035 | MERS/THE GRANGE BANK | 1,332.58 | 1,332.58 | 1,332.58 | 0.00 |
|  | Total Secured | 19,363.58 | 19,363.58 | 19,363.58 | 3,332.88 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | THE GRANGE BANK | 1,611.58 | 161.16 | 161.16 | 0.00 |
| 003 | THE GRANGE BANK | 1,655.26 | 165.53 | 165.53 | 0.00 |
| 005 | ALEXANDER & NEWMAN WOMENS HLTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOC. IN CARD, THORA, VASC SURG. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | JOSE R. GUEVARA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LAKE IN THE HILLS PODIATRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MEDICAL CENTER ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NEOPATH SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PARK PLACE APARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 3,906.11 | 390.61 | 390.61 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 97.01 | 9.70 | 9.70 | 0.00 |
| 019 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SLM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ST ALEXIUS MEDICAL CENTER | 1,375.09 | 137.51 | 137.51 | 0.00 |
| 023 | ST ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ST ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ST ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ST ALEXIUS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WELLS FARGO FINANCIAL | 413.58 | 41.36 | 41.36 | 0.00 |
| 031 | WELLS FARGO FINANCIAL | 2,180.21 | 218.02 | 218.02 | 0.00 |
| 032 | JUDY SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,238.84 | 1,123.89 | 1,123.89 | 0.00 |
|  | Grand Total: | 33,302.42 | 23,187.47 | 84,982.62 | 3,332.88 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $88,315.50 |
| Trustee Allowance: | $6,184.50 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan